UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT LYON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NEUSTAR, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>    Defendant. | CASE NO.: 2:19-CV-00371-KJM-KJN<br><br>**STIPULATION AND ORDER RE SCHEDULING OF PRELIMINARY INJUNCTION HEARING**<br><br>Date:<br>Time:<br>Courtroom: 3<br><br>Before: The Hon. Kimberly J. Mueller |

**STIPULATION AND [PROPOSED] ORDER RE**

**SCHEDULING OF PRELIMINARY INJUNCTION HEARING**

Plaintiff Barrett Lyon ("Mr. Lyon") and Defendant Neustar, Inc. ("Neustar"), by and through their attorneys of record, hereby ask this Court to order that the preliminary injunction hearing currently set for April 9, 2019 at 10:00 a.m. be postponed until April 16, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard.

On March 13, 2019, the Court scheduled a preliminary injunction hearing for April 9, 2019. Neustar requested that Mr. Lyon appear and testify at the preliminary injunction hearing, and he has agreed to do so. Mr. Lyon asked that two Neustar

employees residing in Virginia appear and testify at the preliminary injunction hearing. In lieu of live testimony at the preliminary injunction hearing, Neustar agreed to make those two employees available for deposition in Washington DC. The witnesses are not available to have their depositions taken, however, until April 4, 2019.

In order to allow Mr. Lyon the opportunity to depose these individuals and to have sufficient time to utilize their testimony in his reply papers, Mr. Lyon and Neustar have agreed to the following, subject to the Court's approval:

1. That the preliminary injunction hearing be continued to April 16, 2019 at 10:00 a.m.;
2. Neustar shall file its response to the Order to Show Cause why a preliminary injunction should not issue (Dkt. No. 13) no later than April 2, 2019; and
3. Mr. Lyon shall file his reply no later than April 12, 2019 at 12:00 p.m.

**IT IS SO STIPULATED**.

DATED: March 25, 2019

By: /s/ Brett M. Schuman

Brett M. Schuman
**GOODWIN PROCTER LLP**

*Attorneys for Plaintiff Barrett Lyon*

Dated: March 25, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ulrico S. Rosales (as authorized on 3/25/19)

Ulrico S. Rosales
rrosales@wsgr.com

*Attorneys for Defendant Neustar, Inc.*

# ORDER

Pursuant to the Joint Stipulation of the parties, it is hereby ordered that:

1. The preliminary injunction hearing currently set for April 9, 2019 at 10:00 a.m. is continued until **April 16, 2019 at 2:30 p.m.**
2. Defendant Neustar, Inc. shall file its response to the Order to Show Cause why a preliminary injunction should not issue (Dkt. No. 13) no later than April 2, 2019; and
3. Plaintiff Barrett Lyon shall file his reply no later than April 12, 2019 at 12:00 p.m.

**IT IS SO ORDERED**.

DATED: March 26, 2019.

_____
UNITED STATES DISTRICT JUDGE