1  BRETT M. SCHUMAN (SBN 189247)
   *bschuman@goodwinlaw.com*
2  JEREMY LATEINER (SBN 238472)
   *jlateiner@goodwinlaw.com*
3  BRENDAN E. RADKE (SBN 275284)
   *bradke@goodwinlaw.com*
4  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
5  San Francisco, CA 94111
   Tel: +1.415.733.6000
6  Fax: +1.415.677.9041

7  *Attorneys for Plaintiff*
   BARRETT LYON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT LYON, an individual, | CASE NO.: 2:19-CV-00371-KJM-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, NEUSTAR, INC., TO RESPOND TO COMPLAINT** |
| v. | |
| NEUSTAR, INC., a Delaware corporation, and DOES 1-50, inclusive, | |
| Defendant. | Before: The Hon. Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Local Rule 144(a), Plaintiff BARRETT LYON ("Plaintiff") and Defendant NEUSTAR, INC. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 2, 2019, Plaintiff filed his complaint in the above captioned action;

WHEREAS, on March 8, 2019, Plaintiff served the Complaint in the above captioned action (the "Complaint") on Defendant;

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1     WHEREAS, on March 27, 2019, Plaintiff and Defendant stipulated, by and through their counsel of record, that Defendant's deadline to answer or otherwise respond to the Complaint would be extended to and including April 26, 2019 (the "Initial Stipulation");

    WHEREAS, on April 25, 2019, Plaintiff and Defendant stipulated, by and through their counsel of record, that Defendant's deadline to answer or otherwise respond to the Complaint would be extended to and including May 24, 2019 (the "Second Stipulation");

    WHEREAS, pursuant to the Second Stipulation, Defendant must answer or otherwise respond to the Complaint by May 24, 2019 (the "Response Deadline");

    WHEREAS, the Parties are presently exploring resolution of this matter;

    WHEREAS, if the Parties are unable to resolve this matter, Defendant intends to meet and confer with Plaintiff regarding a potential petition to compel arbitration of the disputes between the Parties;

    WHEREAS, Defendant requests an additional 28 days to answer or otherwise respond to the Complaint, and Plaintiff, through his counsel, has agreed to this request;

    WHEREAS, Local Rule 144(a) provides that where the parties have previously entered into a stipulation extending the time to respond to a complaint, all other extensions must be approved by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED between Plaintiff and Defendant, by and through their counsel of record, that, subject to the Court's approval, Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to and including June 21, 2019.

**IT IS SO STIPULATED.**

Dated: May 17, 2019　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　Professional Corporation


　　　　　　　　　　　　　　　　　By: /s/ Ulrico S. Rosales (as authorized on 5/16/2019)
　　　　　　　　　　　　　　　　　　Ulrico S. Rosales
　　　　　　　　　　　　　　　　　　rrosales@wsgr.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　NEUSTAR, INC.


Dated: May 17, 2019　　　　　　　　　GOODWIN PROCTER LLP


　　　　　　　　　　　　　　　　　By: /s/ Jeremy Lateiner
　　　　　　　　　　　　　　　　　　Jeremy Lateiner
　　　　　　　　　　　　　　　　　　JLateiner@goodwinlaw.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Barrett Lyon

**ORDER**

Pursuant to the joint stipulation of the parties, it is hereby ordered that:

Defendant Neustar, Inc.'s deadline to answer or otherwise respond to the Complaint shall be extended to and including June 21, 2019.

**IT IS SO ORDERED.**

DATED: May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE