BRETT M. SCHUMAN (SBN 189247)
*bschuman@goodwinlaw.com*
JEREMY LATEINER (SBN 238472)
*jlateiner@goodwinlaw.com*
BRENDAN E. RADKE (SBN 275284)
*bradke@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1.415.733.6000
Fax: +1.415.677.9041

*Attorneys for Plaintiff*
BARRETT LYON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT LYON, an individual,<br><br>       Plaintiff,<br><br> v.<br><br>NEUSTAR, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. 2:19-cv-00371-KJM-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Courtroom:  3 (15th Floor)<br>Judge:    Hon. Kimberly J. Mueller |

**JOINT STIPULATION**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Barrett Lyon and Defendant Neustar, Inc. ("Neustar"), by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of all claims currently pending in the above-captioned action.  The parties agree further that each party shall bear its own costs, expenses, and attorneys' fees.

This stipulated dismissal is submitted pursuant to the terms of a confidential settlement agreement between the parties.  Defendant Neustar has not filed any answer or other response in this case.

Accordingly, the parties jointly and respectfully request that the Court enter the proposed Order submitted concurrently herewith confirming the dismissal of this action in its entirety with prejudice.

**IT IS SO STIPULATED**.

DATED:  June 20, 2019                    GOODWIN PROCTER LLP


By:/s/ Brett M. Schuman
   Brett M. Schuman

*Attorneys for Plaintiff Barrett Lyon*


Dated:   June 20, 2019                    WILSON SONSINI GOODRICH & ROSATI


By: /s/ Ulrico S. Rosales (as authorized on 6/20/19)
    Ulrico S. Rosales

*Attorneys for Defendant Neustar, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL

1

**[PROPOSED] ORDER**

2      The Court, having considered the parties' Joint Stipulation, and for good cause shown,

3      **IT IS HEREBY ORDERED** that the Court confirms that this action is dismissed with

4 prejudice, each party shall bear its own costs, expenses, and attorneys' fees.

5      **IT IS SO ORDERED**.

6

7 Dated: _____          _____

8                                                Hon. Kimberly J. Mueller

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL